**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DAVID MONTGOMERY, | ) | 3:15-cv-00178-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | ) | |
| Defendants. | ) | |

The parties advised the court that they have reached a settlement to dismiss the case with prejudice (#19).  On August 18, 2015, the United States Magistrate Judge issued an order directing the parties to file the stipulation for dismissal with prejudice no later than the close of business on Wednesday, September 16, 2015 (#20).  The parties have not responded.  Accordingly, this action will be dismissed with prejudice pursuant to the notice of settlement unless either party files an objection on or before September 29, 2015.

IT IS SO ORDERED.

DATED: This 21st day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1