# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID MONTGOMERY, | ) | 3:15-cv-00178-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | ) | |
| Defendants. | ) | |

The parties advised the court that they reached a settlement to dismiss the case with prejudice (#19). On September 21, 2015, the court ordered that this action would be dismissed with prejudice pursuant to the notice of settlement unless either party filed an objection on or before September 29, 2015 (#22). No objection has been filed. Accordingly, pursuant to the notice of settlement, this action is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: This 30th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1